LEO DITOMASSO, Individually, etc., Respondent, v. VITO LOVERRO and Others, Defendants, Impleaded with SAMUEL RUBEL and Others, Appellants. (Appeal No. 2.) — Order denying motion of the appealing defendants for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

PETER J. DUFFY, Respondent, v. THOMAS A. EDISON, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JOSEPH DVORAK, Plaintiff, v. FREDERIC KOCHENDORFER, Respondent, Impleaded with ETHEL KOCHENDORFER and Another, Defendants, and ELLWYN F. HAYSLIP, Receiver, Appellant.— Order denying receiver's motion to punish defendant Frederic Kochendorfer for contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MARY EHRLER and WALTER F. EHRLER, Respondents, v. MICHAEL GALARDI, Defendant, and BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order herein respondent Mary Ehrler stipulate to reduce the amount of her verdict to $6,000 and respondent Walter F. Ehrler stipulate to reduce the amount of his verdict to $500; in which event the judgment as thus modified is affirmed, without costs. The verdicts are against the weight of evidence on the question of damages. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

HELEN MACGREGOR FAITHFULL, Respondent, v. THE GLOBE NEWSPAPER COMPANY, Appellant.— Order denying motion to vacate service of summons reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, on authority of Faithfull v. Globe Newspaper Co. (post, p. 1002), decided herewith. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

STANLEY E. FAITHFULL, Respondent, v. THE GLOBE NEWSPAPER COMPANY, Appellant.— Order denying motion to vacate service of summons reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted with ten dollars costs. It does not sufficiently appear that the one upon whom the service was made, or his corporation, was a managing agent of the defendant, within section 229, subdivision 3, of the Civil Practice Act. (Lillibridge, Inc., v. Johnson Bronze Co., 220 App. Div. 573; affd., 247 N. Y. 548; Holzer v. Dodge Brothers, 233 id. 216; McKeon v. McGowan & Sons, 229 App. Div. 568; Fontana v. Post Printing & Publishing Co., 87 id. 233; Vitolo v. Bee Publishing Co., 66 id. 582.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.